STATE of Missouri, Plaintiff/Respondent,

v.

Virgil NULL, Defendant/Appellant.

Virgil NULL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 64897, 66838.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 10, 1995.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and WHITE, J.

### *ORDER*

PER CURIAM.

Defendant appeals the judgment entered on his conviction by a jury for unlawful use of a weapon, § 571.030.1(3), RSMo 1986. He also appeals the motion court's judgment denying his claim for Rule 29.15 post-conviction relief after an evidentiary hearing. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

David Bruce LLOYD, Appellant.

Nos. WD 49170, WD 50373.

Missouri Court of Appeals,
Western District.

Oct. 17, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

David Lloyd appeals his conviction for the manufacture and production of a controlled substance and denial of his Rule 29.15 motion for post-conviction relief. We affirm. Finding no jurisprudential purpose in publishing a written opinion, we issue this summary order. Rules 30.25(b) and 84.16(b).